

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00106-CR

**EX PARTE** Otto Ray **KIETZMAN**

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2013W0631
Honorable Andrew Carruthers, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
            Sandee Bryan Marion, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  April 2, 2014

DISMISSED FOR LACK OF JURISDICTION

The clerk's record in this appeal has been filed. The record reflects that on January 10,

2014, appellant filed in the trial court a petition for writ of habeas corpus. On February 13, 2014,

appellant filed a notice of appeal, complaining that the trial court had not held a hearing on his

petition. Indeed, there is no final order signed by the trial court in the clerk's record. It thus appears

that this appeal is interlocutory and that we have no jurisdiction over this appeal. *See Ex parte*

*Villanueva*, 252 S.W.2d 391, 393-94 (Tex. Crim. App. 2008); *Ex parte Hargett*, 819 S.W.2d 866,

868 (Tex. Crim. App. 1991). We therefore ordered appellant to show cause why this appeal should

not be dismissed for lack of jurisdiction. Appellant has not shown that we have jurisdiction over this interlocutory appeal. We therefore dismiss this appeal for lack of jurisdiction.

PER CURIAM

Do not publish